The question arose whether the court could render judgment in pavor of the defendant for the amount of the verdict; and Mr. Hamilton mentioned a case in which the jury found a verdict for
 
 theplain-iff
 
 below exceeding fifty dollars; and it seemed to be the general
 
 *280
 
 opinion that lie could not have judgment for more than the extent of the jurisdiction, where he had commenced his suit.
 

 Rodney,
 
 for plaintiff.
 

 Booth,
 
 for defendant.
 

 The act of assembly
 
 (Digest
 
 330,) gives jurisdiction to justices of the peace in certain civil actions “wherein the matter in demand shall not exceed fifty dollars.” Sec. 8 requires that if the defendant have any cross demand against the plaintiff,
 
 within the jurisdiction of the justice, he
 
 shall bring it forward or “be forever barred
 
 from
 
 suing for or recovering the same.” And if such cross demand shall
 
 exceed
 
 fifty dollars, the defendant
 
 may
 
 bring it forward, but shall not be barred from recovering the same if he do not. If it shall appear to the justice (or freeholders) on the trial, that there is a sum due •the defendant less than $50, judgment shall be given him for such sum; or if more than $50 the fact shall be stated on the record, and the defendant shall have judgment for costs, and be at liberty to sue for his debt in any court having jurisdiction of the same. Sec. 24 provides that appeals shall be proceeded in by declaration, pleadings and trial to judgment and execution as in the other cases originally instituted in the court. “And if a judgment appealed from shall be for a defendant in the action, for a sum found due to him, such defendant shall stand as plaintiff in the appeal and file the declaration; and in the appeal each party may make demands against the other, and the jury by their verdict may find a sum either for plaintiff or defendant, according to the evidence before them, in the same manner as freeholders before the justice could report; and judgment shall be rendered in favor of the party for whom a verdict shall be given, for the sum found for him.
 

 The court gave judgment for the full amount of the verdict.